BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED

FEB 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11 CR 00067 LJO |
| Plaintiff, | ) ) | VIOLATIONS: 29 U.S.C. § 501 - Embezzlement and Theft of Labor Union Assets; 29 U.S.C. § 439(b) - False Financial Report; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 - Criminal Forfeiture |
| v. | ) ) | |
| TRACY FORD, | ) ) | |
| Defendant. | ) ) ) | |

I N D I C T M E N T

COUNT ONE:   [29 U.S.C. § 501 - Embezzlement and Theft of Labor Union Assets]

The Grand Jury charges:

TRACY FORD,

defendant herein, as follows:

I.   INTRODUCTION

1.   At all times material to this Indictment, Machinists Local Lodge 1528 was an organization that existed for the purpose of dealing with employers concerning the terms and conditions of employment contained in collective bargaining agreements

1

1 | negotiated between the union and private employers.  Machinists
2 | Local Lodge 1528 had collective bargaining agreements with
3 | approximately 12 private employers, including Silgan Container
4 | Corporation, United Parcel Service, Interstate Brands, and
5 | International Paper Company.  Machinists Local Lodge 1528 was a
6 | labor organization engaged in an industry affecting commerce
7 | within the meaning of Sections 3(i) and 3(j) of the Labor
8 | Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 402,
9 | et seq. and required to file annual financial (LM series) reports
10 | with the Secretary of Labor under 29 U.S.C. § 431(b).

11 |     2.    Between on or about September 22, 2003 through on or
12 | about February 2009, defendant TRACY FORD served as Secretary-
13 | Treasurer and the only full-time employee of Machinists Local
14 | Lodge 1528.  Her duties included receiving dues payments from
15 | members and employers, making bank deposits, and signing checks to
16 | pay the union's bills.  As an employee, FORD covered the day-to-
17 | day operations of the union office.  FORD's duties as Secretary-
18 | Treasurer included signing the annual financial (LM series) report
19 | with the Secretary of Labor under 29 U.S.C. § 431(b).

20 |     II.   **MANNER AND MEANS OF EMBEZZLEMENT**

21 |     3.    From on or about January 2005 through on or about
22 | February 2009, defendant TRACY FORD did embezzle, steal and
23 | unlawfully and willfully abstract and convert to her own use and
24 | the use of another the moneys, funds, securities, property, and
25 | other assets of Machinists Local Lodge 1528 through the following
26 | manner and means.

27 |     4.    Defendant TRACY FORD wrote and cashed approximately 198
28 | checks to herself totaling approximately $147,425 under the guise

2

of authorised salary and related benefits. FORD attempted to conceal her actions by either using the signature stamp of another person or forging another person's signature on many of the salary checks.

5. Defendant TRACY FORD wrote approximately 29 checks totaling $27,466 to pay employer contributions to a health and welfare plan on behalf of a former officer of Machinists Local Lodge 1528 who was not eligible to receive such benefits. In exchange for these benefits, FORD received oxycontin from the former officer.

III. THE EMBEZZLEMENT

6. From on or about January 2005 through on or about February 2009 in the County of Stanislaus, State and Eastern District of California, defendant TRACY FORD, while an officer, that is, Secretary-Treasurer, of Machinists Local Lodge 1528, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $174,891, all in violation of Title 29, United States Code, Section 501(c).

COUNT TWO: [29 U.S.C. § 439(b) - False Financial Report]

The Grand Jury further charges:

TRACY FORD,

defendant herein, as follows:

7. Paragraphs 1 through and including 6, inclusive of Count One, above, are fully incorporated by reference as though fully set forth herein.

3

8. On or about March 29, 2008, in the County of Stanislaus, State and Eastern District of California, the defendant TRACY FORD did make a false statement and representation of material fact knowing it to be false and did knowingly fail to disclose a material fact in a report and document required to be filed by Machinists Local Lodge 1528 with the Secretary of Labor pursuant to Section 439(b) of Title 29, United States Code, that is, the annual financial report form LM-3 for the union's fiscal year ending on December 31, 2007.

All in violation of Title 29, United States Code, Section 439(b).

FORFEITURE ALLEGATION:   [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 - Criminal Forfeiture]

Pursuant to Title 18 United States Code, Section 981(a)(1)(C) and 28 U.S.C. § 2461, upon conviction of the offenses set forth in Count One of this Indictment, defendant Tracy Ford shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and 28 U.S.C. § 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s).

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or

4

1      e.   has been commingled with other property which cannot
2           be divided without difficulty,
3 the United States of America shall be entitled to forfeiture of
4 substitute property pursuant to Title 21, United States Code,
5 Section 853(p), as incorporated by Title 28, United States Code,
6 Section 2461(c).
7     All pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 28 U.S.C. §
8 2461(c).

                              A TRUE BILL

                              /s/ Signature on file w/AUSA
                              FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By:      Mark E. Cullers
     MARK E. CULLERS
     Assistant U.S. Attorney
     Chief, Fresno Office

5