DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TRACY FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> TRACY FORD, </br></br> Defendant. | No. 1:11-cr-0067 LJO </br></br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING </br></br> DATE: May 20, 2011 </br> TIME: 8:45 A.M. </br> JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 1, 2011, **may be continued to May 20, 2011 at 8:45 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. Defense counsel is in receipt of over 1300 pages of initial discovery and needs additional time for review those documents with the client. Based on preliminary review of the discovery, defense believes some investigation in this case will be necessary. Additionally, defense counsel would like to explore possible settlement with the government.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 28, 2011         By:    /s/ Mark J. McKeon
                                     MARK J. MCKEON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 28, 2011         By:    /s/ Charles J. Lee
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     TRACY FORD

# O R D E R

**Good cause exists.**  Time is excluded pursuant to  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 28, 2011**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Ford - Stipulation and [Proposed] Order to Continue Status Conference Hearing        2