BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v.            )<br>)<br>TRACY FORD,       )<br>)<br>)<br>    Defendant.  )<br>_____) | CASE NO. 1:11-cr-00067-LJO<br><br>STIPULATION AND ORDER<br>TO EXCLUDE TIME<br><br>DATE: July 29, 2011<br>TIME: 9:30 a.m.<br>CTRM: Hon. Lawrence J. O'Neill |

   The parties request that the status conference in this case be continued from **July 15, 2011** to **July 29, 2011 at 9:30 a.m**. They stipulate that the time between July 15, 2011 and July 29, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the attorney for the government will be on annual leave outside the district on July 15, 2011, and counsel for the defendant is unavailable on

1

July 22, 2011.  A plea offer is outstanding, and plea discussions are continuing.  For these reasons, it would be prudent for the government attorney assigned to the case to be present at the status conference, rather than to have the case covered by another lawyer from the U.S. Attorney's office.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: July 5, 2011          By:   /s/ Mark J. McKeon
                                              MARK J. McKEON
                                              Assistant U.S. Attorney


DATE: July 5, 2011                /s/ Charles Lee
                                              CHARLES LEE
                                              Attorney for Defendant

GOOD CAUSE EXISTS FOR THE CONTINUANCE, AND TIME IS EXCLUDED FOR THE FACTUAL AND LEGAL GROUNDS AGREED UPON IN THE STIPULATION.


IT IS SO ORDERED.

**Dated:   July 5, 2011**           /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE