1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TRACY FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00067 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | HEARING |
| TRACY FORD, | ) ) | DATE: August 19, 2011 TIME: 10:00 A.M. |
| Defendant. | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 28, 2011, **may be continued to August 19, 2011 at 10:00 A.M.**

This continuance is at the request of both counsel for to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  Since the last court date, the government has extended an offer to Ms. Ford.  Defense has discussed a counter-proposal with the government.  The government is currently drafting the language to that counterproposal.

Additionally, the court moved Ms. Ford's status conference from a Friday to a Thursday, which conflicts with her work schedule.  The parties anticipate if the court grants this continuance there will be a resolution on the requested date.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: July 21, 2011        By:    /s/ Mark J. McKeon
                                   MARK J. MCKEON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED:  July 21, 2011       By:    /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   TRACY FORD

**O R D E R**

Time is excluded pursuant to  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). Good Cause has been stated.

IT IS SO ORDERED.

**Dated:   July 21, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Ford - Stipulation and [Proposed] Order to Continue Status Conference Hearing

2