```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
         United States of America
 7
```

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | 1:11-CR-0067-LJO |
| 12              Plaintiff, | ) ) | ORDER FOR FORFEITURE MONEY JUDGMENT |
| 13     v. | ) ) | |
| 14 TRACY FORD, | ) ) | |
| 15              Defendant. | ) ) | |
| 16 _____ | ) | |

17      Based upon the United States' Application for Forfeiture Money

18 Judgment and the plea agreement entered into between plaintiff

19 United States of America and defendant Tracy Ford,

20      IT IS HEREBY ORDERED that

21      1.   The defendant Tracy Ford shall forfeit to the United

22 States the sum of $174,900.96 and that the Court imposes a personal

23 forfeiture money judgment against defendant in that amount.

24      2.   Any funds applied towards such judgment shall be forfeited

25 to the United States of America and disposed of as provided for by

26 law.  Prior to the imposition of sentence, any funds delivered to

27 the United States to satisfy the personal money judgment shall be

28 seized and held by the United States Marshals Service, in its secure

custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $174,900.96 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

**Dated:   September 23, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE